## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN A. HEILIMANN,** : | No. 3:14cv1271 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **STATE TROOPER THOMAS** : | |
| **O'BRIEN; Individually and as a State** : | |
| **Trooper for the Commonwealth of** : | |
| **Pennsylvania; STATE TROOPER** : | |
| **PETER P. NEMSHICK Individually** : | |
| **and as a State Trooper for the** : | |
| **Commonwealth of  Pennsylvania;** : | |
| **CORY MOODY; AGENT CHRISTOPHER** : | |
| **CARDONI; Individually and as a member** : | |
| **of the Pennsylvania Gaming Control** : | |
| **Board;  MOUNT AIRY, NO. 1,** : | |
| **LLC d/b/a MT. AIRY CASINO;** : | |
| **JOHN DOE CASINO** : | |
| **DEFENDANTS #1-25, Individually** : | |
| **and as employees of Mt. Airy** : | |
| **Casino; JANE DOE CASINO** : | |
| **DEFENDANTS #1-25, Individually and** : | |
| **as employees of Mt. Airy Casino,** : | |
| **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of February 2015 it is hereby **ORDERED** as follows:

1) Defendants State Trooper Thomas O'Brien, State Trooper Peter P. Nemshick and Agent Christopher Cardoni's' motion to dismiss Counts II, IV, VI, VIII-X and XII (Doc. 13) is **GRANTED** and the these defendants are **DISMISSED** from these counts; and

1

2) Defendants Mount Airy No.1 LLC d/b/a Mt. Airy and Cory Moody's motion to dismiss is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**