IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN A. HEILIMANN, | : | |
| Plaintiff | : | No. 3:14-cv-01271 |
| | : | |
| v. | : | Judge Munley |
| | : | |
| STATE TROOPER THOMAS | : | |
| O'BRIEN, et al., | : | |
| Defendants | : | Electronically Filed |

FILED SCRANTON
FEB 27 2015
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, this 27th day of February, 2015, upon consideration of the Motion of Defendants Thomas O'Brien, Peter Nemshick and Christopher Cardoni for Enlargement of Time, it is hereby ORDERED that the motion is GRANTED. Defendants Thomas O'Brien, Peter Nemshick and Christopher Cardoni may file an answer to the complaint on or before April 15, 2015.

BY THE COURT:

JAMES M. MUNLEY
United States District Judge