## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN HEILIMANN | **:** | |
| | **:** | |
| v. | **:** | No. 3:14-cv-01271 |
| | **:** | |
| STATE TROOPER THOMAS O'BRIEN; | **:** | |
| STATE TROOPER PETER P. NEMSHICK; | **:** | |
| CORY MOODY; | **:** | Jury Trial Demanded |
| AGENT CHRISTOPHER CARDONI; | **:** | |
| MOUNT AIRY NO. 1, LLC | **:** | |
| d/b/a MT. AIRY CASINO; and | **:** | |
| JOHN DOE CASINO DEFENDANTS #1-25 | **:** | |
|    And | **:** | |
| JANE DOE CASINO DEFENDANTS #1-25 | **:** | |

### ANSWER WITH AFFIRMATIVE DEFENSES OF DEFENDANTS,
### MOUNT AIRY NO. 1, LLC D/B/A MT. AIRY CASINO AND CORY MOODY,
### TO PLAINTIFF'S COMPLAINT

AND NOW COME Moving Defendants, Mount Airy No. 1, LLC d/b/a Mt. Airy Casino and Cory Moody, who, by and through their undersigned counsel, file the following Answer with Affirmative Defendants, and in support of thereof answer as follows:

### JURISDICTION

1.      This averment is a statement of jurisdiction and no response is required.

### PARTIES

2.      Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

3.      Admitted.

4.      Denied as stated.

5.      Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

6.    The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless. To the extent there is a factual averment, it is denied.

7.    The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.

8.    The allegations in this paragraph are directed at another defendant.

9.    The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.

10.    The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.

11.    The allegations in this paragraph are directed at another defendant.

## **FACTS**

12.    Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

13.    Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

14.    Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

15.    Denied.

16.    Denied.

17.    Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

18.    The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

19.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

20.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

21.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

22.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

23.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

24.     Admitted as to Defendant Moody only. The remaining allegations in this paragraph are directed at another defendant.

25.     Denied.

26.     Denied.

27.     Denied.

28.     The allegations in this paragraph are directed at another defendant.

29.     Admitted.

30.     Denied.

31.     Denied.

32.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

33.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

34.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

35.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

36.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

37.     Admitted in part, denied in part. It is admitted that Plaintiff was arraigned and charge as stated. The remaining allegations are denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

44.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

45.     Admitted.

46.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

47.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

48.     Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the matters asserted and therefore they are denied.

49.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

50.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

51.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

52.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

54.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

55.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

56.     Denied.

57.     The averments in this paragraph are conclusions of law to which no response is required, but is denied nevertheless.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

**COUNT I**
**42 U.S.C. §§ 1983 against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni**
*Excessive Force*

58.     All the foregoing responses are incorporated by reference.

59.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

**COUNT II**
**Supplemental State Law Claim Against All Defendants**
*Battery*

60.     All the foregoing responses are incorporated by reference.

61.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

**COUNT III**
**42 U.S.C. §§ 1983 against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni**
*Assault*

62.     All the foregoing responses are incorporated by reference.

63.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT IV
### Supplemental State Law Claim Against All Defendants
### *Assault*

64.     All the foregoing responses are incorporated by reference.

65.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT V
### 42 U.S.C. §§ 1983 against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni
### *Unlawful Arrest*

66.     All the foregoing responses are incorporated by reference.

67.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT VI
### Supplemental State Law Claim Against All Defendants
### *False Imprisonment*

68.     All the foregoing responses are incorporated by reference.

69.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT VII

**42 U.S.C. §§ 1983 against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni**
_**Conspiracy**_

70.     All the foregoing responses are incorporated by reference.

71.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT VIII
**Supplemental State Law Claim Against All Defendants**
_**Conspiracy**_

72.     All the foregoing responses are incorporated by reference.

73.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

.

## COUNT IX
**Supplemental Claim of Intentional Infliction of Emotional Distress Against All Defendants**

74.     All the foregoing responses are incorporated by reference.

75.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT X
**Supplemental Claim of Negligent Infliction of Emotional Distress against All Defendants**

76.     All the foregoing responses are incorporated by reference.

77.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT XI
**42 U.S.C. §§ 1983 against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni**
***Malicious Prosecution***

78.     All the foregoing responses are incorporated by reference.

79.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

80.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

81.    The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT XII
### Supplemental State Law Claim against Defendant Trooper O'Brien, Defendant Trooper Nemshick, Defendant Moody, John and Jane Doe Casino Defendants, and Defendant Cardoni
### _Malicious Prosecution_

82.    All the foregoing responses are incorporated by reference.

83.    The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## COUNT XIII
### Supplemental Claim of Vicarious Liability Against Defendant, Mount Airy No. 1, LLC d/b/a Mount Airy Casino

84.    All the foregoing responses are incorporated by reference.

85.    The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

86.    The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

87.    The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

88.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

89.     The averments in this paragraph are conclusions of law to which no response is required, but are, nevertheless, denied.  To the extent there is a factual averment, it is denied.

**WHEREFORE**, Defendants, Mount Airy No. 1, LLC d/b/a Mt. Airy Casino and Cory Moody, respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice and award attorneys fees and costs against Plaintiff.

## DAMAGES

90.     All the foregoing responses are incorporated by reference.

91.     This averment is a statement of damages and no response is required.

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state causes of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

None of the Answering Defendant were state actors and no actions on their part were performed under the color of state law.

### THIRD AFFIRMATIVE DEFENSE

At no time did Answering Defendants deprive or seek to deprive Plaintiff of any rights, privileges or immunities secured to him by the U.S. Constitution or the laws of the United States, the Pennsylvania Constitution  or the laws of the Commonwealth.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, as claimed, were not proximately caused in any manner whatsoever by Answering Defendants.

**FIFTH AFFIRMATIVE DEFENSE**

If Plaintiff sustained the injuries and damages as alleged in the Complaint, then same were not proximately caused by any action or failure to act on behalf of Answering Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

At no time did Answering Defendants act in conspiracy towards Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

The conduct of Answering Defendants was not a substantial factor in causing the harm complained of by Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate his damages.

**NINTH AFFIRMATIVE DEFENSE**

At no time material hereto did Answering Defendants act in bad faith, or in a willful, wanton, outrageous, reckless or malicious manner towards Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

If an incident occurred in the manner alleged by the Plaintiff, then such accident occurred as a result of the negligence, carelessness and/or recklessness of the Plaintiff himself, and under the terms of the Comparative Negligence Act of 1976, 42 Pa. C.S.A. 7102 et seq., the Plaintiff is not entitled to recover from Answering Defendants or the recovery is to be reduced in accordance with the terms of the aforesaid Act.

## ELEVENTH AFFIRMATIVE DEFENSE

If it is judicially determined that the Plaintiff suffered any damages as a result of the accident as alleged in Plaintiff's Complaint, then such damages were proximately caused by the negligence, carelessness and/or recklessness of Plaintiff himself.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's cause of action as alleged and any damages claimed by Plaintiff were caused in whole or in part, by individuals and/or entities over whom the Answering Defendants had no control, or right of control.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendants affirmatively plead any other matter constituting an avoidance or affirmative defense as set forth in F.R.Civ.P. 8(c).

**WHEREFORE**, Answering Defendants pray that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

## AFFIRMATIVE DEFENSES DIRECTED TO CO-DEFENDANTS

### FIRST AFFIRMATIVE DEFENSE DIRECTED TO CO-DEFENDANTS

If Plaintiff suffered damages as alleged in the Amended Complaint, said damages were caused solely by the negligence, carelessness, and recklessness of Co-Defendants.

### SECOND AFFIRMATIVE DEFENSE DIRECTED TO CO-DEFENDANTS

If Answering Defendants are held liable to Plaintiff for all of, or part of, such damages as alleged, Co-Defendants are liable to Answering Defendants by way of contribution or indemnity, contractually or otherwise.

**WHEREFORE**, Defendants, Mount Airy No. 1, LLC d/b/a Mt. Airy Casino and Cory Moody, respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice or that judgment be rendered wholly in favor of Answering Defendants.

Respectfully Submitted,
**HENDRZAK & LLOYD**

/s/ *Susan Smith Lloyd*

SUSAN SMITH LLOYD, ESQUIRE
Attorney ID # 54484
*Attorney for Defendants,*
*Mount Airy No. 1, LLC d/b/a Mt. Airy Casino and*
*Cory Moody*
3701 Corporate Parkway, Suite 100
Center Valley, PA  18034
Tel:  (610) 709-8568
Fax:  (610) 709-8560
Dated:  March 5, 2015                     Email:  susan.lloyd@zurichna.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN HEILIMANN | : | |
| | : | |
| v. | : | No. 3:14-cv-01271 |
| | : | |
| STATE TROOPER THOMAS O'BRIEN; | : | |
| STATE TROOPER PETER P. NEMSHICK; | : | |
| CORY MOODY; | : | Jury Trial Demanded |
| AGENT CHRISTOPHER CARDONI; | : | |
| MOUNT AIRY NO. 1, LLC | : | |
| d/b/a MT. AIRY CASINO; and | : | |
| JOHN DOE CASINO DEFENDANTS #1-25; | : | |
| And | : | |
| JANE DOE CASINO DEFENDANTS #1-25 | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, SUSAN SMITH LLOYD, ESQUIRE, hereby certify that a true and correct copy of the

Answer to Plaintiff's Complaint with Affirmative Defenses of Defendants, Mount Airy No. 1,

LLC d/b/a Mt. Airy Casio and Cory Moody, was served via e-filing notification to:

| | |
|---|---|
| Brian M. Collins, Esquire | Lisa Wojdak Basial, Esquire |
| Krasner & Long, LLC | Senior Deputy Attorney General |
| The Tiger Building | Office of Attorney General |
| 1221 Locust Street | 15th Floor, Strawberry Square |
| Philadelphia, PA  19107 | Harrisburg, PA 17120 |
| *Attorney for Plaintiff* | *Attorney for Defs. State Troopers* |

Respectfully Submitted,
**HENDRZAK & LLOYD**

    /s/ *Susan Smith Lloyd*
SUSAN SMITH LLOYD, ESQUIRE
Attorney ID # 54484
*Attorney for Defendants,*
*Mount Airy No. 1, LLC d/b/a Mt. Airy Casino and*
*Cory Moody*
3701 Corporate Parkway, Suite 100
Center Valley, PA  18034
Tel:  (610) 709-8568
Fax:  (610) 709-8560
Dated:  March 5, 2015        Email:  susan.lloyd@zurichna.com