# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN A. HEILIMANN, | : | No. 3:14cv1271 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STATE TROOPER THOMAS O'BRIEN; Individually and as a State Trooper for the Commonwealth of Pennsylvania; STATE TROOPER PETER P. NEMSHICK Individually and as a State Trooper for the Commonwealth of Pennsylvania; CORY MOODY; AGENT CHRISTOPHER CARDONI; Individually and as a member of the Pennsylvania Gaming Control Board; MOUNT AIRY, NO. 1, LLC d/b/a MT. AIRY CASINO; JOHN DOE CASINO DEFENDANTS #1-25, Individually and as employees of Mt. Airy Casino; JANE DOE CASINO DEFENDANTS #1-25, Individually and as employees of Mt. Airy Casino, | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## RESCHEDULING ORDER

The **Telephonic** Case Management Conference previously scheduled for **Thursday, March 26, 2015 at 10:30**, will now be held on **Tuesday, March 31, 2015 at 10:30.**

*COUNSEL FOR PLAINTIFF SHALL INITIATE AND PLACE THE CALL TO CHAMBERS AT (570)207-5780.*

Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences,

is required. The Local Rules are available on the Court's website at

www.pamd.uscourts.gov.

Failure to comply with the Local Rules may result in the imposition of sanctions.

Dated: 3/10/15

**BY THE COURT:**
**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**