IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN HEILIMANN | : | |
| | : | |
| v. | : | No. 3:14-cv-01271 |
| | : | |
| STATE TROOPER THOMAS O'BRIEN; | : | |
| STATE TROOPER PETER P. NEMSHICK; | : | |
| CORY MOODY; | : | Jury Trial Demanded |
| AGENT CHRISTOPHER CARDONI; | : | |
| MOUNT AIRY NO. 1, LLC | : | |
| d/b/a MT. AIRY CASINO; and | : | |
| JOHN DOE CASINO DEFENDANTS #1-25; | : | |
| And | : | |
| JOHN DOE CASINO DEFENDANTS #1-25; | : | |

**RULE 26 DISCLOSURES OF DEFENDANTS CORY MOODY AND
MOUNT AIRY NO. 1, LLC DBA MOUNT AIRY C ASINO**

A.  The name and, if know, the address and telephone of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    Plaintiff Ryan Heilimann
    Defendant Cory Moody
    Mount Airy Vice President of Operations Matthew Magda
    Mount Airy Security Officer Youssoupha Ndao
    Mount Airy Director of Security Lianne Asbury
    Defendant State Trooper Thomas O'Brien.
    Defendant State Trooper Peter Nemschick
    Defendant Agent Christopher Cardoni
    April Ferguson

    In addition, Defendants reserve the right to call any individual listed on the Incident File Full Report, or any other individuals identified on any documents.

B.  A copy of, or a description by category and location of, all documents, data compilations and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

    The following will be included with Defendants' Document Response and is attached here as well.
.

Incident File Full Report with all attachments.

C.  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing the nature and extent of injuries suffered.

N/A.

D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy party or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

See attached dec sheet.

**Defendants reserve the right to supplement this information up to and including the time of trial.**

                                                 Respectfully Submitted,
                                                 **HENDRZAK & LLOYD**

                                                 /s/ *Susan Smith Lloyd*
                                                 SUSAN SMITH LLOYD, ESQUIRE
                                                 Attorney ID # 54484
                                                 *Attorney for Defendants,*
                                                 *Mount Airy No. 1, LLC d/b/a Mt. Airy Casino*
                                                 *And Cory Moody*
                                                 3701 Corporate Parkway, Suite 100
                                                 Center Valley, PA  18034
                                                 Tel:  (610) 709-8568
                                                 Fax:  (610) 709-8560
Dated:  March 25, 2015                     Email:  susan.lloyd@zurichna.com

| Incident File Full Report | Incident File #IN20120001612 |
|---|---|

## INCIDENT DATA

| | | | |
|---|---|---|---|
| Date/Time Occurred: | August 26, 2012  3:01 | Department Name: | Security |
| Date/Time Created: | August 26, 2012  3:13 | Owner: | cmoody |
| Incident Status: | Open | Created By: | cmoody |
| Property: | MARC | Location: | Gypsies's Nightclub |
| | | Sublocation: | |

**Daily Log #:** DL20120079972

**Synopsis:** Received a land line from Grave 1 stating a Arrest had been made by PSP in the Night Club

**Incident Type:** Informational

**Specific:**

**Category:**

**Details:** On Sunday August 26, 2012 at approximately 0145 hours, I Cory Moody, Security Shift Manager was contacted via radio transmission by Security Officer Youssoupha Ndao. Officer Ndao requested me to come to Gypsies Night Club. I confirmed and was en route.

Upon my arrival to Gypsies, I observed an unidentified male later identified via New York Stated ID   781-037-411 as Ryan Heilimann 15 School St, Poughkeepsie, NY 12601 DOB 10/23/81 in handcuffs being escorted to the PSP office by Troopers Nemshick and O'Brien. I arrived at the PSP office with Gaming Agent Cardoni. I asked Trooper O'Brien what occurred. Trooper O'Brien stated that they were in Gypsies and they observed Ryan Heilimann reach behind an unidentified female later identified as April Ferguson 4366 Wickham Ave, Bronx, NY 10466 917 742-6539, DOB 5/12/88 and grabbed her behind and started kissing her. April Ferguson pushed Ryan Heilimann away. Trooper O'Brien stated Officer Ndao escorted Ryan Heilimann out and they followed. Trooper O'Brien stated that Ryan Heilimann was intoxicated and he was asked if he can call someone to take him home. Trooper O'Brien stated that Ryan Heilimann became disorderly and was arrested. I observed Ryan Heilimann on the floor yelling. Trooper O'Brien went to move the coat rack which was near Ryan Heilimann. While Trooper O'Brien was moving the coat rack Ryan Heilimann got up to his feet and attempted to kick Trooper O'Brien in the face. Trooper O' Brien pushed Ryan Heilimann to the floor. Trooper O'Brien informed me that Ryan Heilimann will be charged with Harassment, Resisting Arrest, Aggravated assault, Public Drunkenness and Disorderly Conduct. I informed Ryan Heilimann that he is permanently trespassed from MACR and that if he returns to property he will be fine and or arrested. Troopers O'Brien and Nemshick took Ryan Heilimann to Monroe County Jail. I asked Officer Ndao to have April Ferguson complete a voluntary statement. A copy of that statement was given to PSP.

I cleared myself from this incident and resumed normal occupational duties.

Attachments:
Alpha 1 voluntary statement completed by April Ferguson
Bravo 1 Photo of Ryan Heilimann

| Reporting Party: | Supervisor: |
|---|---|

| Printed: July 29, 2014  10:35 | Page 1 of 2 |
|---|---|

| Incident File Full Report | Incident File #IN20120001612 |
|---|---|

## PARTICIPANT DATA

Full Name:

Primary Role:                                  Participant Type:

Secondary Role:                                Taken From Scene:

Police Contacted:                              Police Contacted Result:

Address:

Contact Info:

| Reporting Party: | Supervisor: |
|---|---|

Alpha 1 IN2012000 1612



# Voluntary Statement

| INCIDENT TYPE | | | |
|---|---|---|---|
| ☐ Gaming Arrest | ☐ Guest Injury | ☐ Employee Injury | ☐ Bomb Threat |
| ☐ Informational | ☐ Guest Dispute | ☐ Property Damage | ☐ Fire Alarm |
| ☐ Vehicle Accident | ☐ Guest Complaint | ☐ Missing Property | ☐ Emergency Drop |
| ☐ Assault | ☐ Counterfeit | ☐ Theft | ☐ Employee Misconduct |
| | ☐ Burglary | ☐ Trespass | ☐ Other – List in Part D. |

### Subject Information

☐ S  ☐ RP  **Name (Last, First, Middle):** Ferguson, April
☐ E  ☐ W

**Aliases:** None

**Residential Address (Street, City, State, ZIP):** 4306 Wickham Ave, Bx, NY 10466

**Residential Telephone:**

**Social Security Number:**

**Date of Birth:** 5-12-85

**Sex:** F

**Race:** /Hair: /Eyes: /Height: /Weight:

**Place of Birth:**

**Business or School:**

**Business or School Address (Street, City, State, ZIP):**

**Business/School Telephone:**

### Incident Narrative:

he was grabbing my behind and kissing my neck. I don't know him and it was weird

917 742-6539

**TYPED NAME OF REPORTING PERSON/EMPLOYEE:** [signature]   8/26/12

**TITLE:**

**DEPARTMENT/PROPERTY:**

**EMPLOYEE NAME (Please print):**  **EMPLOYEE SIGNATURE:**  **DATE:**



Bravo/Iriolo000162

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy Number: PRA 5832166-04

# AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

Named Insured MOUNT AIRY #1, L.L.C.

Policy Period: Coverage begins 10-08-2011 at 12:01 A.M.; Coverage ends 10-08-2012 at 12:01 A.M.

Producer Name: NORTHEAST INSURANCE          Producer No: 78454-000

| | |
|---|---|
| **Item 1. Business Description:** | |
| **Item 2. Limits of Insurance** | |

GENERAL AGGREGATE LIMIT                                  $ 2,000,000

PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT   $ 2,000,000

EACH OCCURRENCE LIMIT                               $ 1,000,000

   DAMAGE TO PREMISES
   RENTED TO YOU LIMIT                          $ 500,000   Any one premises

   MEDICAL EXPENSE LIMIT                        $ NOT COVERED   Any one person

PERSONAL AND ADVERTISING INJURY LIMIT       $ 1,000,000   Any one person or organization

| | |
|---|---|
| **Item 3. Retroactive Date (CG 00 02 ONLY)** | |
| This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" offense which occurs before the Retroactive Date, if any, shown here: NONE <br> (Enter Date or "None" if no Retroactive Date applies) | |
| **Item 4. Form of Business and Location Premises** | |
| Form of Business: CORPORATION | |
| Location of All Premises You Own, Rent or Occupy: See Schedule of Locations | |
| **Item 5. Schedule of Forms and Endorsements** | |
| Form(s) and Endorsement(s) made a part of this Policy at time of issue: <br> See Schedule of Forms and Endorsements | |
| **Item 6. Premiums** | |
| Coverage Part Premium: | $ |
| Other Premium: | |
| Total Premium: | $ |