# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN A. HEILIMANN, | : |
|     Plaintiff | : No. 3:14-cv-01271 |
| | : |
| v. | : Judge Munley |
| | : |
| STATE TROOPER THOMAS O'BRIEN, et al., | : |
| | : |
|     Defendants | : Electronically Filed |

## WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw my appearance on behalf of Defendants Christopher Cardoni, Tpr. Peter Nemshick and Tpr. Thomas J. O'Brien in the above-captioned matter.

                                        *s/Lisa Wojdak Basial*
                                        Senior Deputy Attorney General

Please enter my appearance on behalf of Defendants Christopher Cardoni, Tpr. Peter Nemshick and Tpr. Thomas J. O'Brien in the above-captioned matter.

                                        *s/Jonathan D. Koltash*
                                        Deputy Attorney General

                                         **Respectfully submitted,**

                                         **KATHLEEN G. KANE**
                                         **Attorney General**

                            **By:**   *s/Jonathan D. Koltash*
                                         **JONATHAN D. KOLTASH**
                                         **Deputy Attorney General**
                                       **Attorney ID #206234**

**Office of Attorney General**          **KENNETH L. JOEL**
**15th Floor, Strawberry Square**    **Chief Deputy Attorney General**
**Harrisburg, PA 17120**              **Chief, Civil Litigation Section**
**Phone: (717) 783-3146 - Direct**
**Fax:    (717) 772-4526**
**jkoltash@attorneygeneral.gov**

**Date:  April 2, 2015**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN A. HEILIMANN, : | |
|     Plaintiff : | No. 3:14-cv-01271 |
| : | |
| v. : | Judge Munley |
| : | |
| STATE TROOPER THOMAS : | |
| O'BRIEN, et al., : | |
|     Defendants : | Electronically Filed |

## CERTIFICATE OF SERVICE

I, Jonathan D. Koltash, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 2, 2015, I caused to be served a true and correct copy of the foregoing document titled Withdrawal/Entry of Appearance to the following:

Brian M. Collins, Esq.
Krasner & Long, LLC
1221 Locust Street
Philadelphia, PA  19017
collins@krasnerhugheslong.com
*(Attorney for Plaintiff)*

Susan S. Lloyd, Esq.
Hendrzak & Lloyd
3701 Corporate Center Parkway
Suite 100
Center Valley, PA  18034
susan.lloyd@zurichna.com
*(Attorney for Mount Airy, No. 1)*

    *s/ Jonathan D. Koltash*
**JONATHAN D. KOLTASH**
**D**eputy Attorney General