# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN A. HEILIMANN, | : | No. 3:14cv1271 |
|           Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STATE TROOPER THOMAS | : | |
| O'BRIEN; Individually and as a State | : | |
| Trooper for the Commonwealth of | : | |
| Pennsylvania; STATE TROOPER | : | |
| PETER P. NEMSHICK Individually | : | |
| and as a State Trooper for the | : | |
| Commonwealth of Pennsylvania; | : | |
| CORY MOODY; AGENT CHRISTOPHER | : | |
| CARDONI; Individually and as a member | : | |
| of the Pennsylvania Gaming Control | : | |
| Board; MOUNT AIRY, NO. 1, | : | |
| LLC d/b/a MT. AIRY CASINO; | : | |
| JOHN DOE CASINO | : | |
| DEFENDANTS #1-25, Individually | : | |
| and as employees of Mt. Airy | : | |
| Casino; JANE DOE CASINO | : | |
| DEFENDANTS #1-25, Individually and | : | |
| as employees of Mt. Airy Casino, | : | |
|           Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## RESCHEDULING ORDER

The **Telephonic** Case Management Conference previously scheduled for March 31, 2015 will now be held on Thursday, April 23, 2015 at 10:30. *COUNSEL FOR PLAINTIFF SHALL INITIATE AND PLACE THE CALL TO CHAMBERS AT (570)207-5780.*

Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3

(Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences, is required. The Local Rules are available on the Court's website at www.pamd.uscourts.gov. Failure to comply with the Local Rules may result in the imposition of sanctions.

                                                    **BY THE COURT:**
                                                    **s/James M. Munley**
                                                    **JUDGE JAMES M. MUNLEY**
Dated: 4/7/15                          **United States District Court**