KRASNER & LONG, LLC
**Attorneys for Plaintiff**
BY: LLOYD LONG, III, ESQ.
**Identification No. 92934**
**1221 Locust St.**
**Philadelphia, PA 19107**
**(215) 731-9500**

---

| | : | |
| **HEILIMANN** | : | |
| | : | |
| | : | **UNITED STATES DISTRICT COURT** |
| **v.** | : | **EASTERN DISTRICT** |
| | : | **OF PENNSYLVANIA** |
| | : | |
| **O'BRIEN,** *et al.* | : | **3:14-cv-1271 (JMM)** |

---

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as co-counsel for the plaintiff in the above-captioned matter.

Respectfully Submitted,

_____

BY: LLOYD LONG, III, ESQ.
KRASNER & LONG, LLC
Attorneys for Plaintiff
Identification No. 92934
1221 Locust St.
Philadelphia, PA 19107
(215) 731-9500

## PROOF OF SERVICE

I hereby certify that the attached document was electronically filed, and is available for viewing and downloading, on the ECF system for the following parties:

Jonathan D. Koltash
Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Lloyd Long III, Esq.