IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN A. HEILIMANN,<br>        Plaintiff<br><br>    v.<br><br>STATE TROOPER THOMAS O'BRIEN, Individually and as a State Trooper for the Commonwealth of Pennsylvania; STATE TROOPER PETER P. NEMSHICK, Individually and as a State Trooper for the Commonwealth of Pennsylvania; CORY MOODY; AGENT CHRISTOPHER CARDONI, Individually and as an employee of the Pennsylvania Gaming Control Board; MOUNT AIRY, NO. 1, LLC d/b/a MT. AIRY CASINO; JOHN DOE CASINO DEFENDANTS #1-25, Individually and as employees of Mt. Airy Casino; and JANE DOE CASINO DEFENDANTS #1-25, Individually and as employees of Mt. Airy Casino,<br>        Defendants | No. 3:14cv1271<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 7th day of March 2017, it is hereby **ORDERED** that Defendants Cory Moody and Mount Airy, No. 1 LLC's (collectively "the casino defendants") motion for summary judgment (Doc. 43) is **GRANTED** with respect to plaintiff's section 1983 excessive force, assault, unlawful arrest, and malicious prosecution claims, as well as plaintiff's state law

battery, assault, false imprisonment, intentional infliction of emotional distress, and negligent infliction of emotional distress claims.

**ACCORDINGLY**, the casino defendants are **DISMISSED** from Counts I, II, III, IV, V, VI, IX, X, XI, and XII. Moreover, it is **ORDERED** that John Doe Casino Defendants #1-25 and Jane Doe Casino Defendants #1-25 are **DISMISSED** from all counts.

It is further **ORDERED** that the casino defendants' motion is **DENIED** in all other respects.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court