# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN A. HEILIMANN,** | : | No. 3:14cv1271 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **STATE TROOPER THOMAS O'BRIEN,** | : | |
| **Individually and as a State Trooper** | : | |
| **for the Commonwealth of** | : | |
| **Pennsylvania; STATE TROOPER** | : | |
| **PETER P. NEMSHICK, Individually** | : | |
| **and as a State Trooper for the** | : | |
| **Commonwealth of Pennsylvania;** | : | |
| **CORY MOODY; AGENT** | : | |
| **CHRISTOPHER CARDONI,** | : | |
| **Individually and as an employee of** | : | |
| **the Pennsylvania Gaming Control** | : | |
| **Board; MOUNT AIRY, NO. 1, LLC** | : | |
| **d/b/a MT. AIRY CASINO; JOHN DOE** | : | |
| **CASINO DEFENDANTS #1-25,** | : | |
| **Individually and as employees of Mt.** | : | |
| **Airy Casino; and JANE DOE CASINO** | : | |
| **DEFENDANTS #1-25, Individually and** | : | |
| **as employees of Mt. Airy Casino,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 7th day of March 2017, it is hereby **ORDERED** that Defendants Thomas O'Brien, Peter P. Nemshick, and Christopher Cardoni's (collectively "the Commonwealth defendants") motion for partial summary judgment (Doc. 43) with respect to plaintiff's malicious

prosecution claim, Count XI, is **GRANTED**. Accordingly, the Commonwealth defendants are **DISMISSED** from Count XI.

                      **BY THE COURT:**

                      **s/ James M. Munley**
                      **JUDGE JAMES M. MUNLEY**
                      **United States District Court**